**Devinche ALBRITTON, Plaintiff—
Appellant,**

v.

**Lisa M. EDWARDS, Warden of Dillwyn
Correctional Center; Mr. Perutelli,
Assistant Warden; Mrs. Trent, Law
Library Supervisor; Lieutenant Mason, Security Watch Commander; Sergeant Stanton, Security Staff; Mr.
Hilderbrand, Chief Counselor; Mrs.**

Hailstork, Intake & Ica Counselor; Debra Lewis; Gene Johnson, Director of Department of Corrections; Robert Smith, Doctor; Mrs. Elko, Head Nurse; Mrs. Dandgrege, Nurse at Dillwyn Center; Ms. Hyde, Correctional Officer, Defendants—Appellees.

No. 05–7846.

United States Court of Appeals, Fourth Circuit.

Submitted: May 18, 2006.

Decided: May 30, 2006.

DeVinche Albritton, Appellant Pro Se.

Before WIDENER and WILKINSON, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

DeVinche Albritton appeals the district court's order dismissing his 42 U.S.C. § 1983 (2000) complaint as amended and supplemented for failure to state a claim upon which relief can be granted. See 28 U.S.C. § 1915A(b)(1) (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Albritton v. Edwards, No. CA–05–00384–7 (W.D.Va. Oct. 25, 2005). Further, we deny Albritton's motion for injunctive relief as it lacks merit, and deny his motion for oral argument because the facts and legal contentions are adequately presented in the materials before the court, and argument would not aid the decisional process.

*AFFIRMED*